UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HAYWOOD,

    Plaintiff,

v.

UNKNOWN HOUGE, et al.,

    Defendants.
_____/

Case No. 1:17-cv-508

HON. JANET T. NEFF

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) from further participation in this case due to a conflict of interest. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated:  August 28, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge