UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HAYWOOD,

    Plaintiff,

CASE NO. 1:17-CV-508

v.

HON. ROBERT J. JONKER

LAWRENCE HOUGH, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 1, 2018 (ECF No. 50). The Report and Recommendation was duly served on the parties. (The Court notes that the Report and Recommendation was re-sent to Plaintiff on February 5, 2018, upon notification from Plaintiff of correct zip code.) No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 50) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Eagle (ECF No. 47) is **DENIED**.

Date:   February 27, 2018            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE