UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


BARBARA HAYWOOD,

      Plaintiff,

v.

LAWRENCE HOUGH, et al.,

      Defendants.

_____/

Hon. Robert J. Jonker

Case No. 1:17-cv-00508

## ORDER

      This matter is before the Court on Plaintiff's Motion to Compel (ECF No. 64) and Plaintiff and Non-Party Walter Jones' Joint Motion for Protective Order (ECF No. 74). For the reasons stated on the record at the hearing held July 23, 2018:

      1.      Plaintiff's Motion to Compel (ECF No. 64) is **granted in part and denied in part**. The subject video footage will be produced to plaintiff subject to protective order. The parties shall submit a proposed stipulated protective order within seven days of this order. The video footage shall be produced within seven days of entry of the protective order.

      2.      The motion is denied as to Plaintiff's requests for admission, with the exception that defendants shall submit a revised response to Request for Admission No. 7 within seven days. Regarding Defendant Hough's response to Interrogatories, the court does not find that they are deficient.

      3.      Plaintiff and Non-Party Walter Jones' Joint Motion for Protective Order (ECF No. 74) is **denied without prejudice** pending further actions by the parties. Non-Party Walter Jones is terminated from this action.

4.      Attorney(s) for Defendant Hough shall review the subject phone calls and make a privilege log for Plaintiff Haywood as to what is protected from discovery. Plaintiff may be present for the review if she desires. Haywood can move to have any objected to items reviewed by the court by filing a renewed motion for protective order.

5.      Attorney(s) for Defendant Hough will go through the subject emails and make a privilege log for Plaintiff Haywood as to what is protected from discovery. Plaintiff may be present for the review if she desires. Defendant will pay for any copying/printing charge. Haywood can move to have any objected to items reviewed by the court by filing a renewed motion for protective order.

6.      The reviews shall be completed within 15 days of the date of this order. Any privilege log shall be submitted seven days thereafter. Any motion objecting to the privilege claimed shall be filed with the court seven days after submission of the privilege log.

7.      In all other respects, discovery in this matter is closed.

IT IS SO ORDERED.


Dated: August 17, 2018                                    /s/ Ellen S. Carmody
                                                         ELLEN S. CARMODY
                                                         U.S. Magistrate Judge