UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HAYWOOD,

    Plaintiff,

No. 1:17-cv-00508

v

HON. ROBERT J. JONKER

UNKNOWN HOUGE, UNKNOWN EAGEL,
UNKNOWN HUBBARD,

MAG. ELLEN S. CARMODY

    Defendants.

| | |
|---|---|
| Barbara Haywood<br>In Pro Per<br>723 E. Lansing Street, Apt. 587B<br>Idlewild, MI  49642<br><br>Gregory R. Grant (P68808)<br>CUMMINGS, McCLOREY, DAVIS &<br>ACHO, P.L.C.<br>Attorneys for Defendant Hough<br>310 W. Front Street, Suite 221<br>Traverse City, MI  49684<br>231.922.1888 | Brandon W. Waddell (P81494)<br>Adam P. Sadowski (P73864)<br>Assistant Attorneys General<br>Attorneys for Hubbard<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434 |

_____/

**PROPOSED STIPULATED PROTECTIVE ORDER**

All parties hereby stipulate and agree that the document referenced in this stipulation is subject to the restrictions in this Stipulation and Protective Order. The Plaintiff's may obtain an unredacted copy of security video footage related to this claim from Chippewa Correctional Facility.

The video listed above may be reviewed only by the Plaintiff and Plaintiff counsel if retained, in reference to this litigation and is not to be released to the general public.  The Michigan Department of Corrections (MDOC) itself is not bound by the terms of this Order.  No copy of the video listed above shall be shown,

provided to, or otherwise published to any prisoner, former prisoner, or any other person not employed by the MDOC, absent further Order of this Court.

The video listed above may be used by the Plaintiff and Plaintiff's counsel solely for the purposes of this claim. The video may not be disseminated to or kept by any witness, except for the expert witnesses for the purpose of this litigation and may not be shown to any other person incarcerated by the MDOC. The Plaintiff or Plaintiff's counsel must notify Defendants' counsel to whom the copies are being released and how many copies are made. All copies of the video listed above shall be returned at the conclusion of this case to Brandon W. Waddell, Assistant Attorney General (or his successor), for disposition by the MDOC.

The video listed above may be sealed only if authorized by statute, rule, or order of the Court. If the video covered by this Order are to be included in a filing with the Court, a party shall seek permission to file such items under seal (1) by filing and serving a motion or (2) by submitting a proposed stipulated order, if the Court allows, that sets forth:

    i.    The authority for sealing;

    ii.    An identification and description of each item proposed for sealing;

    iii.    The reason that sealing each item is necessary;

    iv.    The reason that means other than sealing is not available or unsatisfactory to preserve the interest advanced by the movant in support of sealing;

    v.    A memorandum of legal authority supporting sealing.

A party shall not file or otherwise tender to the Clerk the video listed above proposed for sealing unless the Court has granted the motion or entered the proposed stipulated order.

IT IS SO STIPULATED.

Date: _____

_____
Barbara Haywood
*Plaintiff*

Date: _____

_____
Brandon W. Waddell
*Counsel for Defendants*

IT IS SO ORDERED.

Date: _____

_____
Ellen Carmody
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HAYWOOD,

    Plaintiff,

v

UNKNOWN HOUGE, UNKNOWN EAGEL,
UNKNOWN HUBBARD,

    Defendants.

No. 1:17-cv-00508

HON. ROBERT J. JONKER

MAG. ELLEN S. CARMODY

| | |
|---|---|
| Barbara Haywood<br>In Pro Per<br>723 E. Lansing Street, Apt. 587B<br>Idlewild, MI  49642<br><br>Gregory R. Grant (P68808)<br>CUMMINGS, McCLOREY, DAVIS &<br>ACHO, P.L.C.<br>Attorneys for Defendant Hough<br>310 W. Front Street, Suite 221<br>Traverse City, MI  49684<br>231.922.1888 | Brandon W. Waddell (P81494)<br>Adam P. Sadowski (P73864)<br>Assistant Attorneys General<br>Attorneys for Hubbard<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>517.373.6434 |

                                                **NOTICE**

      This Court required Defendants and Plaintiff to file a proposed stipulated protective order for a requested security video by August 24, 2018.  (R. 104). Defendants and Plaintiff have agreed to the filed proposed order however this copy

is unsigned.  The parties are exchanging the proposed order via US Mail and will file the signed version as soon as both parties have endorsed it.

                                       Respectfully submitted,

                                       Bill Schuette
                                       Attorney General

                                       *s/Brandon W. Waddell*
                                       Brandon W. Waddell
                                       Assistant Attorney General
                                       Attorney for Defendant Hubbard
                                       Civil Litigation, Employment &
                                       Elections Division
                                       P.O. Box 30736
                                       Lansing, MI 48909
                                       517.373.6434
                                       waddellb@michigan.gov
                                       P81494

Dated:  August 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such.  I also mailed the foregoing paper via US Mail to all non-ECF participants.

Barbara Haywood
723 E. Lansing Street, Apt. 587B
Idlewild, MI  49642

                                       *s/Brandon W. Waddell*
                                       Brandon W. Waddell
                                       Assistant Attorney General
                                       Attorney for Defendant Hubbard