IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BARBARA HAYWOOD,

    Plaintiff,

v

UNKNOWN HOUGH, ET AL,

    Defendants.

HON. ROBERT J. JONKER
U.S. DISTRICT COURT JUDGE

FILE NO. 1:17-cv-508-RJJ-ESC

_____/

Barbara Haywood, *Pro Per*
723 E. Lansing, Apt. 587B
Idlewild, MI 49642
(231) 660-6060

Adam P. Sadowski (P73864)
Brandon W. Waddell (P81494)
Assistant Attorney General
Attorneys for Def. HUBBARD
Civil Litigation, Employment &
Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434/(517) 241-2741 Fax
sadowskia@michigan.gov
waddellb@michigan.gov

G. Gus Morris (P32960)
Christopher J. Raiti (P68600)
MCGRAW MORRIS, P.C.
Attorneys for Def. EAGLE
2075 W. Big Beaver Road, Ste. 750
Troy, MI 48084-3433
(248) 502-4000/(248) 502-4001 Fax
gmorris@mcgrawmorris.com
craiti@mcgrawmorris.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS &
ACHO, P.L.C.
Attorneys for Def. HOUGH
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

_____/

## AFFIDAVIT OF GREGORY R. GRANT

STATE OF MICHIGAN    )
    ) ss.
COUNTY OF GRAND TRAVERSE)

    NOW COMES, Gregory R. Grant, who being sworn upon my oath, deposes and says as follows:

    1.    That I am fully competent to give testimony under oath in the above-captioned

matter, and that all of the matter hereinafter set forth is based upon my personal knowledge.

2. The following is based on my personal knowledge.

3. On October 23, 2017, my legal assistant deposited in a U.S. mail receptacle in Traverse City, Michigan, Defendant, Lawrence Hough's Rule 26(a)(1) Initial Disclosures with attached bate stamped documents 1 - 12, a CD-R containing audio phone calls, Proof of Service and a letter addressed to Ms. Haywood's attention.  **(Exhibit A).**

4. The sealed envelopes were addressed to Ms. Barbara Haywood, 723 E. Lansing, Apt. 587B, Idlewild, MI 49642 and to Adam P. Sadowski, Assistant Attorney General, Civil Litigation, Employment & Elections Division, 525 W. Ottawa Street, P.O. Box 30736, Lansing, MI 48909.

5. The Proof of Service was the only document that was electronically filed with this Honorable Court (ECF 27 - **Exhibit B**).

Further, your Affiant sayeth not.

_____
Gregory R. Grant

Subscribed and sworn to before me this
12th day of October, 2018

_____
Laura L. Robbins, Notary Public
County of Antrim, State of Michigan
My Commission Expires:  04/13/2024
Acting in Grand Traverse County, Michigan

LAURA L. ROBBINS
NOTARY PUBLIC, STATE OF MI
COUNTY OF ANTRIM
MY COMMISSION EXPIRES Apr 13, 2024
ACTING IN COUNTY OF Grand Traverse

2