UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA HAYWOOD,

    Plaintiff,　　　　　　　　　　Case No. 1:17−cv−00508−RJJ−ESC

v.　　　　　　　　　　　　　　　　Hon. Robert J. Jonker

LAWRENCE HOUGH, et al.,

    Defendants.
_____/

## ORDER

      This matter is before the Court on Plaintiff's Second Motion for Extension of Time. (ECF No. 140). Plaintiff seeks an extension of time to respond to Defendants' motions for summary judgment, filed November 20−21, 2018. The Court previously granted Plaintiff a lengthy extension of time to respond to these motions. Plaintiff now seeks yet another extension of time. While the Court is not unsympathetic to Plaintiff's apparent medical issues, such must be balanced against Defendants right to defend against Plaintiff's claims without undue or prejudicial delay. Accordingly, Plaintiff's motion is hereby granted. Plaintiff's responses to Defendants' motions for summary judgment, (ECF No. 127, 129, 130), are due no later than 30 days from the date of this Order. No further extensions of time will be granted.

    IT IS SO ORDERED.

Dated: February 13, 2019　　　　　　　　　　　/s/ Ellen S. Carmody
　　　　　　　　　　　　　　　　　　　　　　ELLEN S. CARMODY
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge